UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michele Leah Nolan
        Debtor(s)

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
        Movant
    v.
Michele Leah Nolan
        Respondent(s)
    and
Rosemary C. Crawford, Trustee
        Additional Respondent

**DEFAULT O/E JAD**

BABKRUPTCY NO. 20-21606-JAD

CHAPTER 7

RELATED TO DOC. NO. 34

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This  31st  day of  August , 2020, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 137 Dutchtown Rd, Butler, PA 16002.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                          _____
                                          Jeffery A. Deller
                                          United States Bankruptcy Judge

Case Administrator shall serve:
    James C. Warmbrodt, Esquire
    Michele Leah Nolan
    Dai Rosenblum, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee