FILED
8/31/20 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michele Leah Nolan<br>        Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>        Movant<br>  v.<br>Michele Leah Nolan<br>        Respondent(s)<br>    and<br>Rosemary C. Crawford, Trustee<br>        Additional Respondent | **DEFAULT O/E JAD**<br><br>BABKRUPTCY NO. 20-21606-JAD<br><br>CHAPTER 7<br><br>RELATED TO DOC. NO. 34 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

  This ___31st___ day of ___August___, 2020, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

  **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 137 Dutchtown Rd, Butler, PA 16002.

  Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                    Jeffery A. Deller    mas
                                    United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  James C. Warmbrodt, Esquire
  Michele Leah Nolan
  Dai Rosenblum, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michele Leah Nolan  
    Debtor

Case No. 20-21606-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Aug 31, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db         +Michele Leah Nolan,    1400 Litman Grove Lane,    Butler, PA 16001-7527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

        Dai Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
        Fred W. Freitag, IV    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com, LeopoldAssociatesPAX6428@projects.filevine.com  
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com  
        Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com  
                                                                                                TOTAL: 7