# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michele Leah Nolan**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 20-21606 JAD** |
| **NATIONSTAR MORTGAGE LLC**<br>　　　　　　　　　　**Movant**<br>　　vs. | **Chapter 7**<br><br>**Related to Document No.** |
| **Michele Leah Nolan**<br>　　　　　　　　　　**Respondent** | **Hearing Date: September 01, 2020**<br><br>**Hearing Time: 10:00AM** |
| **Rosemary C. Crawford**, (**Trustee**)<br>　　　　　　　　　**Additional Respondent** | **Objection Deadline: August 24, 2020** |

## CERTIFICATE OF SERVICE OF THE DEFAULT ORDER ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 4, 2020, I served the above captioned pleading, along with the Default Order in the proceeding on the parties at the addresses shown below;

Debtor(s)
Michele Leah Nolan
1400 Litman Grove Lane
Butler, PA 16001

Attorney for Debtor(s)
Dai Rosenblum, Esq.
254 New Castle Road, Ste B (VIA ECF)
Butler, PA 16001-2529
Jody@dairosenblumbankruptcy.com

Trustee
Rosemary C. Crawford
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101
crawfordmcdonald@aol.com

Method of Service:  electronic means or first class mail

Dated: September 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire** ___
　　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant