**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHELLE LEAH NOLAN, | ) Case No: 20-21606-JAD |
| | ) |
| Debtor(s). | ) Chapter 7 |
| | ) |
| MICHELLE LEAH NOLAN, | ) |
| | ) |
| Movant(s), | ) |
| | ) Related to Document No.: 49 |
| v. | ) |
| | ) |
| TOYOTA MOTOR CREDIT, and | ) |
| INTERLINK RECOVERY SERVICES, LLC, | ) |
| | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE OF STIPULATED ORDER

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on September 9, 2020. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Michele Leah Nolan**
1400 Litman Grove Lane
Butler, PA 16001

**Toyota Motor Credit Corporation**
PO Box 9490
Cedar Rapids, IA 52409-9490

**Natalie E. Lea, Agent**
Bonial & Associates, P.C
P.O. Box 9013
Addison, TX 75001

**Sean Tarr, General Manager**
**InterLink Recovery Services, LLC**
399 Brentwood Dr.
Greenville, PA 16125

**InterLink Recovery Services, LLC**
**Main Office/Legal Department**
399 Brentwood Dr.
Greenville, PA 16125

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Rosemary Crawford, Trustee**
crawfordmcdonald@aol.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Fred W. Freitag, IV**
**Toyota Motor Credit Corporation**
fwfreitagiv@gmail.com

**Bonial & Associates, P.C.**
POCInquiries@BonialPC.com

**InterLink Recovery Services, LLC**
info@interlinkrecovery.com


Executed on: September 9, 2020

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com