**Form 404**

**UNITED STATES BANKRUPTCY COURT**  54 – 51
**WESTERN DISTRICT OF PENNSYLVANIA**  msch

In re:

Bankruptcy Case No.: 20–21606–JAD
Related To Doc. No. 51
Chapter: 7
Hearing Date: 10/13/20 at 10:00 AM

**Michele Leah Nolan**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                 **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                               (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                      By: _____
                                            (Signature)

                                            _____
                                            Typed Name

                                            _____
                                          Address

                                            _____
                                          Phone No.

                                            _____
                                          List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michele Leah Nolan  
    Debtor

Case No. 20-21606-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Sep 11, 2020  
                   Form ID: 404     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
cr            +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:  
       Dai Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
       Fred W. Freitag, IV    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com, LeopoldAssociatesPAX6428@projects.filevine.com  
       James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com  
       Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com  
                                                                                                         TOTAL: 7