**Form 600a**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michele Leah Nolan** | : | Case No. 20−21606−JAD |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| Toyota Motor Credit Corporation, | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 51 |
| Michele Leah Nolan, | : | |
| *Respondent(s).* | : | Hearing Date: 10/13/20 at 10:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND TELEPHONIC HEARING ON MOTION

     *AND NOW,* this *The 11th of September, 2020*, a *Reaffirmation Agreement Between Debtor Michele Leah Nolan and Creditor Toyota Motor Credit Corporation* having been filed at Doc. No. 51 by Creditor Toyota Motor Credit Corporation,

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

     (2)   ***On or before October 6, 2020,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

     (3)   This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on ***October 13, 2020*** at ***10:00 AM*** in Telephone Conference at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

     (4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Jeffery A. Deller refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

     (5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

     Dated: September 11, 2020

                                                                   Jeffery A. Deller
                                                                   United States Bankruptcy Judge

cm:  John Rafferty, Authorized Agent for Creditor
     Dai Rosenblum, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-21606-JAD
Michele Leah Nolan                                                      Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 1    Date Rcvd: Sep 11, 2020
                      Form ID: 600a    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
```
cr             +TOYOTA MOTOR CREDIT CORPORATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
```
          Dai  Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
           Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Fred W. Freitag, IV    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
           fwfreitagiv@gmail.com,   LeopoldAssociatesPAX6428@projects.filevine.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
                                                                                             TOTAL: 7
```