**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michele Leah Nolan** | Social Security number or ITIN   xxx−xx−5635 |
| | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **20−21606−JAD** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michele Leah Nolan

<u>11/3/20</u>

**By the court:**   <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21606-JAD

Michele Leah Nolan  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: lfin  Page 1 of 3
Date Rcvd: Nov 03, 2020  Form ID: 318  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele Leah Nolan, 1400 Litman Grove Lane, Butler, PA 16001-7527 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15245249 | + | Butler Health System, One Hospital Way, Butler, PA 16001-4670 |
| 15245250 |   | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15245255 |   | Clerk of Court of Butler County, P.O. Box 1208, Butler, PA 16003-1208 |
| 15245256 | + | Connie Westfall, 1214 Keely Road, Franklin, PA 16323-6612 |
| 15252757 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15245261 | + | Mary Beckwith, 100 Able View Drive, Unit 1, Butler, PA 16001-8802 |
| 15245262 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15245263 | + | Nationstar dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15252550 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Nov 04 2020 03:38:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2020 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2020 01:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 04 2020 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15245248 | + | EDI: CITICORP.COM | Nov 04 2020 03:38:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15245252 | | EDI: CITICORP.COM | Nov 04 2020 03:38:00 | Citibank, P.O. Box 78045, Phoenix, AZ 85062 |
| 15245251 | | EDI: AFNIRECOVERY.COM | Nov 04 2020 03:38:00 | CenturyLink, c/o afni, 1310 Martin Luther King Dr, PO Box 3517, Bloomington, IL 61702-3517 |
| 15245253 | + | EDI: CITICORP.COM | Nov 04 2020 03:38:00 | Citibank/Best Buy, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 15245254 | + | EDI: CITICORP.COM | Nov 04 2020 03:38:00 | Citibank/Citigroup, Bankruptcy Dept., P.O. Box 6034, Sioux Falls, SD 57117-6034 |
| 15245257 | | Email/Text: bankruptcynotice@fcbanking.com | Nov 04 2020 01:25:00 | First Commonwealth Bank, Attn: Special Assets, P.O. Box 400, Indiana, PA 15701 |
| 15245258 | | EDI: IRS.COM | Nov 04 2020 03:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 15245260 | | EDI: JPMORGANCHASE | Nov 04 2020 03:38:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15245264 | | EDI: PRA.COM | Nov 04 2020 03:38:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15263124 | | EDI: PRA.COM | Nov 04 2020 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15245351 | + | EDI: RMSC.COM | Nov 04 2020 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15245265 | + | EDI: RMSC.COM | Nov 04 2020 03:38:00 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15245266 | | EDI: RMSC.COM | Nov 04 2020 03:38:00 | Synchrony Bank/Levin, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15245267 | | EDI: TFSR.COM | Nov 04 2020 03:38:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15245259 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 3 of 3 |
| Date Rcvd: Nov 03, 2020 | Form ID: 318 | Total Noticed: 30 |

Fred W. Freitag, IV
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 7