IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHELE LEAH NOLAN,<br>        Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Movant,<br><br>   v.<br><br>MICHELE LEAH NOLAN, and<br>ROSEMARY C. CRAWFORD, Trustee,<br><br>        Respondents. | Bankruptcy No. 20-21606-JAD<br><br>Chapter 7<br><br>Doc. No. |

<u>CERTIFICATE OF SERVICE OF MOTION TO REOPEN CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION OF TOYOTA MOTOR CREDIT CORPORATION TO REOPEN CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b)</u>

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 1, 2021.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Michele Leah Nolan
1400 Litman Grove Lane
Butler, PA 16001

ELECTRONIC NOTIFICATION

Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2529

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/*Keri P. Ebeck*
        Keri P. Ebeck, Esq.
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        707 Grant Street
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        Phone - (412) 456-8112
        Fax - (412) 456-8135

        Counsel for Toyota Motor Credit
        Corporation