**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHELE LEAH NOLAN, Debtor. | ) Case No: 20-21606-JAD |
| | ) |
| MICHELE LEAH NOLAN, Movant, | )      Chapter 7 |
| | ) |
|     v. | ) Relates to Doc. # 76, 77 |
| | ) Hearing Date: 03/17/2021 |
| TOYOTA MOTOR CREDIT CORPORATION, | ) Hearing Time: 10:00 |
|                 Respondent. | ) Response Deadline: 03/04/2021 |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM FINAL ORDER AND NOTICE SETTING HEARING**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on February 15, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

**Michele Leah Nolan**
1400 Litman Grove Lane
Butler, PA 16001

**Toyota Motor Credit Corporation**
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Rosemary C. Crawford, Trustee**
crawfordmcdonald@aol.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Keri P. Ebeck**
**Toyota Motor Credit Corporation**
kebeck@bernsteinlaw.com

**Fred W. Freitag, IV**
**Toyota Motor Credit Corporation**
fwfreitagiv@gmail.com

Executed on: February 15, 2021

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900       Pa. ID# 31802
dai@dairosenblumbankruptcy.com