FILED
2/16/21 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :    Bankruptcy No.  20-21606-JAD
Michele Leah Nolan
                                                :    Adversary No.
                                                :
                                                :    Related to Docket No.  44, 58
                                                :
                                                :    Expedited Request
                                                :

# NOTICE OF TRANSCRIPT ORDER
# WITH COMPLETION DATE

Judge Jeffery A. Deller has ordered transcripts for hearings held on the dates listed below:

    08/26/2020
    10/13/2020

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is February 23, 2021.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 2/16/2021        By: _____/s/ Anne Olon_____

#61-M