IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHELE LEAH NOLAN,<br>       Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>     Movant,<br><br>  v.<br><br>MICHELE LEAH NOLAN, and<br>ROSEMARY C. CRAWFORD, Trustee,<br><br>     Respondents. | Bankruptcy No. 20-21606-JAD<br><br>Chapter 7<br><br>Doc. No. 66 |

CERTIFICATE OF NO OBJECTION OR RESPONSETO MOTION TO REOPEN CHAPTER 7 BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b) (DOC. NO. 66)

     The undersigned hereby certifies that, as of February 18, 2021, no answer, objection or other responsive pleading to the Motion to Reopen Chapter 7 Bankruptcy Pursuant to 11 U.S.C. § 350(b) at Doc. No. 66, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 18, 2021.

     It is hereby respectfully requested that the Order attached to the Movant's Motion to Reopen Chapter 7 Bankruptcy Pursuant to 11 U.S.C. § 350(b) be entered by the Court.

Dated: February 19, 2021

     Respectfully submitted,

     BERNSTEIN-BURKLEY, P.C.

     By: /s/*Keri P. Ebeck*
     Keri P. Ebeck, Esq.
     PA I.D. # 91298
     kebeck@bernsteinlaw.com
     707 Grant Street
     Suite 2200, Gulf Tower
     Pittsburgh, PA 15219
     Phone - (412) 456-8112
     Fax - (412) 456-8135

     Counsel for Toyota Motor Credit Corporation