IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 20-21606-JAD |
|---|---|
| MICHELE LEAH NOLAN, Debtor, | Chapter 7 |
| TOYOTA MOTOR CREDIT CORPORATION, Movant, v. MICHELE LEAH NOLAN, and ROSEMARY C. CRAWFORD, Trustee, Respondents. | Doc. No. 73 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO AMENDED MOTION TO STRIKE THE RESCISSION OF THE REAFFIRMATION
AGREEMENT (DOC. NO. 73)

The undersigned hereby certifies that, as of February 18, 2021, no answer, objection or other responsive pleading to the Amended Motion to Strike the Rescission of the Reaffirmation Agreement at Doc. No. 73, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 18, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Amended Motion to Strike the Rescission of the Reaffirmation Agreement be entered by the Court.

Dated: February 19, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Toyota Motor Credit Corporation