|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE WESTERN DISTRICT OF PENNSYLVANIA | FILED<br>2/19/21 12:31 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**In Re:**

| | |
|---|---|
| Michele Leah Nolan | Case No.  20-21606-JAD |
| Debtor | Document Nos. 85, 86 |

### NOTICE OF FILING OF TRANSCRIPTS

Notice is hereby given that on February 19, 2021, transcripts of hearings held on August 26, 2020 and October 13, 2020, in the above-captioned case were filed at Document Nos. 85 and 86.

Pursuant to *W.PA.LBR 9037-1*, parties have seven (7) days to file with the Court a *Notice of Intent to Request Redaction,* available on the Forms page of the Court website: http://www.pawb.uscourts.gov/.

If no such *Notice* is filed, the transcript may be made electronically available to the public without redaction on the ninety-first (91st) day after the original transcript was filed.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter/Transcriber or view the document at the Clerk's Office public terminal.

The Court Reporter/Transcriber of the above-referenced proceeding is Writer's Cramp, Inc. whose business telephone number is 609-588-8043 and address is 1027 Betty Lane, Ewing, New Jersey 08628.

Michael Rhodes
Clerk, United States Bankruptcy Court

Dated:    February 19, 2021

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 20-21606-JAD

Michele Leah Nolan   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: hsmi   Page 1 of 2

Date Rcvd: Feb 19, 2021   Form ID: pdf900   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

**Recip ID   Recipient Name and Address**
+   Mary Bower-Sheats, Esq., 1195 Washington Pike, Suite 325, Bridgeville, PA 15017-2854
+   Writer's Cramp, Inc, 1027 Betty Lane, Ewing, NJ 08628-1635

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Dai Rosenblum
    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Fred W. Freitag, IV
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com

Keri P. Ebeck
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

District/off: 0315-2 User: hsmi Page 2 of 2
Date Rcvd: Feb 19, 2021 Form ID: pdf900 Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 8