FILED
2/25/21 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHELE LEAH NOLAN,<br>　　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　　Movant,<br><br>　　v.<br><br>MICHELE LEAH NOLAN, and ROSEMARY C. CRAWFORD, Trustee,<br><br>　　　　Respondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 20-21606-JAD<br><br>Chapter 7<br><br>Related To Doc. No. 73 |

## ORDER OF COURT

AND NOW, this 25th day of February, 2021, upon consideration of the foregoing Motion to Strike the Rescission of the Reaffirmation Agreement at Document No. 65. it is hereby ORDERED, The Rescission of the Reaffirmation Agreement is stricken as to the interest of Toyota Motor Credit Corporation, in the 2020 Toyota Corolla, VIN# JTDEPRAE9LJ021685

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____  mas
　　　　　　　　　　　　　　　　　　Honorable Jeffery A. Deller
　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court Judge

CASE ADMINISTRATOR SHALL SERVE:
　　Keri P. Ebeck, Esquire
　　Michele Leah Nolan
　　Dai Rosenblum, Esquire
　　Rosemary C. Crawford, Esquire
　　Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-21606-JAD

Michele Leah Nolan     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2

Date Rcvd: Feb 25, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michele Leah Nolan, 1400 Litman Grove Lane, Butler, PA 16001-7527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Fred W. Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 8