IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHELE LEAH NOLAN, | ) | Bankruptcy No. 20-21606-JAD |
| | ) | |
| Debtor. | ) | Chapter 7 |
| ――――――――――――――――― | X | |
| | ) | Related to ECF Nos. 76, 97, 99, |
| TOYOTA MOTOR CREDIT | ) | 59 & 94 |
| CORPORATION, | ) | |
| | ) | |
| Movant, | ) | |
| - v - | ) | |
| | ) | |
| MICHELE LEAH NOLAN, | ) | |
| | ) | |
| Respondent. | ) | |
| ――――――――――――――――― | X | |

**ORDER GRANTING MOTION FOR RELIEF FROM FINAL ORDER**

AND NOW, this 26th day of March, 2021, and for the reasons stated in the *Memorandum Opinion* issued contemporaneously herewith, the Court hereby ORDERS, ADJUDGES and DECREES that:

1. The *Motions (and Amended Motion) for Relief From Final Judgment* are GRANTED;

2. The orders of the Court found at ECF Nos. 59 and 94 are hereby VACATED. The reaffirmation agreement between Ms. Nolan and Toyota Motor Credit Corporation is of no effect, and is null and void; and

3. The Clerk is directed to close this bankruptcy case.

March 26, 2021

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

mas

cc: Keri P. Ebeck, Esquire
Dai Rosenblum, Esquire

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michele Leah Nolan  
    Debtor

Case No. 20-21606-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Mar 26, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michele Leah Nolan, 1400 Litman Grove Lane, Butler, PA 16001-7527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Fred W. Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Mar 26, 2021 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 8